Jonathan M. DeMars
Troutman Pepper Locke LLP
1001 Haxall Point, 11th Floor
Richmond, Virginia 23219

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josua Salazar Vera<br><br>v.                                    Plaintiff(s)<br><br>Capital One Bank (USA), N.A. dba Capital One Auto Finance, et al<br>Defendant(s). | CASE NUMBER<br>2:25-cv-07172-PVC<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DeMars, Jonathan M.                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

804-697-2261                    804-697-1339

*Telephone Number*          *Fax Number*

jonathan.demars@troutman.com

*E-Mail Address*

Troutman Pepper Locke LLP
1001 Haxall Point, 11th Floor
Richmond, Virginia 23219

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Capital One Auto Finance, a Division of Capital One, N.A.

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Hehir, E. Christine                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

201969          213-928-9876          213-928-9850

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

christine.hehir@troutman.com

*E-Mail Address*

Troutman Pepper Locke LLP
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded. ☐ not be refunded.

Dated    July 1, 2026                          _____
                                              **U.S. ~~District Judge~~/U.S. Magistrate Judge**