**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.   **2:25-cv-07172-PVC**                         Date: **July 7, 2026**

Title:  **Joshua Salazar Vera v. Capital One Bank, et al.**
=================================================================

**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):

Amir J. Goldstein                              Jonathan M. DeMars
                                               Cassidy Hendrickson
                                               Ritika Singh
                                               Thomas N. Abbot


**PROCEEDINGS: SETTLEMENT CONFERENCE**

The Court held a Settlement Conference via Zoom as previously scheduled. Amir J. Goldstein, Esq., of Law Offices Amir Goldstein, appeared on behalf of Plaintiff Joshua Salazar Vera who was also present.  Jonathan M. DeMars, Esq., of Troutman Pepper Locke, LLP, appeared on behalf of Defendant Capital One Bank (USA), N.A., along with client representative Todd Shaw. Cassidy Hendrickson, Esq., of Quilling Selander Lownds Winslett and Moser, PC, appeared on behalf of Defendant Trans Union, LLC, along with client representative Katherine C. Robinson. Ritika Singh, Esq., of Seyfarth Shaw, LLP, appeared on behalf of Defendant Equifax Information Services, LLC, along with client representative Christine Kapur.  Thomas N. Abbot, Esq., of Troutman Pepper Locke, LLP, appeared on behalf of Defendant Experian Information Solutions, Inc., along with client representative Hillary J. Green.

The Court met collectively with the parties and counsel, and then separately with counsel and each party to discuss potential settlement terms.  After engaging in multiple discussions with the Court, the parties were unable to reach agreement on settlement terms.  The Court thereafter concluded discussions with the parties and adjourned the proceedings.

MINUTES FORM 11                                    Initials of Deputy Clerk   RAM
CIVIL-GEN                                                       TIME:  06:30

The parties were encouraged to continue to engage in communications for possible resolution in this matter.    The parties were advised to contact the Court if circumstances changed such that further settlement discussions were warranted.

**IT IS SO ORDERED.**