**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUA SALAZAR VERA,<br>Plaintiff,<br>v.<br>CAPITAL ONE BANK (USA), N.A. DBA CAPITAL ONE AUTO FINANCE, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND DOES 1 THROUGH 10 INCLUSIVE,<br>Defendants. | Case No. CV 25-7172 PVC<br><br>**JUDGMENT** |

This matter came for hearing before this Court on October 20, 2026, the Honorable Pedro Castillo, on a Motion for Summary Judgment by Defendant Experian Information Solutions, Inc. ("Experian"). The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Josua Salazar Vera take nothing, that this action be dismissed on the merits with prejudice, and that judgment be

entered in favor of Defendant Experian. Defendant Experian may seek recovery of costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-2.

DATED: November 25, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE